Dismissed and Memorandum Opinion filed June 30, 2005









Dismissed and Memorandum Opinion filed June 30, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00592-CR

____________

 

KENNETH E.
DUCHARME, JR., Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
185th District Court

Harris County,
Texas

Trial Court Cause No. 1011281

 



 

M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to possession of more than
four grams, but less than 200 grams, of methamphetamine.  In accordance with the terms of a plea
bargain agreement with the State, the trial court sentenced appellant on May 6,
2005, to confinement for four years in the Institutional Division of the Texas
Department of Criminal Justice. 
Appellant filed a pro se notice of appeal.  Because appellant has no right to appeal, we
dismiss.  








The trial court entered a certification of the defendant=s right to appeal in which the court
certified that appellant waived his right to appeal.  See Tex.
R. App. P. 25.2(a)(2).  In
addition, this is a plea bargain case, and the defendant has no right of
appeal.  The trial court=s certification is included in the
record on appeal.  See Tex. R. App. P. 25.2(d).

Accordingly, we dismiss the appeal.  

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed June 30, 2005.

Panel consists of Chief Justice
Hedges and Justices Fowler and Frost. 

Do Not Publish C Tex. R. App.
P. 47.2(b).